| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) ELLISON, JAMES O | 2. Court or Organization N.D. OF OKLAHOMA | 3. Date of Report 05/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ( ) Nomination, Date 11/05/1979  ( ) Initial  (•) Annual  ( ) Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 224 SOUTH BOULDER ROOM 310 TULSA, OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. COMMUNITY REPRESENTATIVE - INSTITUTIONAL REVIEW BOARD | HILLCREST MEDICAL CENTER, TULSA, OKLAHO |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 20 A 10: 18
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ARTIST-SELF EMPLOYED |
| 2. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. F&M BANK & TRUST COMPANY, TULSA, OKLAHOMA | LOAN | L |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, JAMES O | 05/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. F&M BANK & TRUST COMPANY, TULSA, OK | C | Interest | L | T | | | | | |
| 2. TULSA FED. EMPLOYEES CREDIT UNION, TULSA, OK | B | Interest | J | T | | | | | |
| 3. MINERAL RIGHTS, CHESAPEAKE OPERATING, INC., CADDO CO., OK - | B | Royalty | J | W | | | | | |
| 4. MINERAL RTS., NAVAJO REF.CO., CROCKETT C & SCHLEICHER CO. TX | A | Royalty | J | W | | | | | |
| 5. MINERAL RIGHTS, PREMIER ENERGY , CADDO CO., OKLA | A | Royalty | J | W | | | | | |
| 6. MINERAL RTS, TXP, INC., SCHLEICHER CO., TX | A | Royalty | J | W | | | | | |
| 7. MINERAL RTS. EOG RESOURCES, CROCKETT CO., TEXAS | B | Royalty | J | W | | | | | |
| 8. MINERAL RTS., WTG EXPLORATION, CROCKETT CO., TEXAS | B | Royalty | J | W | | | | | |
| 9. MINERAL RTS., ANGEL EXPLOR., WOODWARD CO., OK | C | Royalty | J | W | | | | | |
| 10. MINERAL RTS., COMBINED RESOURCES, WOODS CO., OK | A | Royalty | J | W | | | | | |
| 11. MINERAL RTS., DEVON ENERGY, CROCKETT CO., TEXAS | A | Royalty | J | W | | | | | |
| 12. MINERAL RTS., SINGER OIL, KAY COUNTY, OKLAHOMA | A | Royalty | J | W | | | | | |
| 13. MINERAL RTS., WHITEHORSE, INC., WOODS CO., OKLAHOMA | A | Royalty | J | W | | | | | |
| 14. MINERAL RTS., PLAINS MARKETING, CREEK CO, OKLA. | A | Royalty | J | W | | | | | |
| 15. MINERAL RTS., CONOCO INC. - SCHLEICHER CO., TEXAS | A | Royalty | J | W | | | | | |
| 16. MINERAL RTS. SUNOCO INC. - LINCOLN CO., OKLA | A | Royalty | J | W | | | | | |
| 17. MINERAL RIGHTS - WESTPORT OIL, GARVIN CO., OKLAHOMA | A | Royalty | J | W | | | | | |
| 18. MINERAL RTS - UNIT PETROLEUM - SCHLEICHER CO., TEXAS | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, JAMES O | 05/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MINERAL RTS. TEXARKOMA MINERALS, REEVES CO., TEXAS | B | Distribution | J | W | | | | | |
| 20. MINTERAL RTS. WESTERN OIL & GAS, CADDO CO. OK | A | Royalty | J | W | | | | | |
| 21. ROYALTY INTEREST, HUGHES CO. OK | A | Royalty | J | W | | | | | |
| 22. ROYALTY INTEREST, CREEK CO. OK | A | Royalty | J | W | | | | | |
| 23. ROYALTY INTEREST, GAINES CO., TEXAS | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION I - POSITIONS - THIS BOARD REVIEWS EXPERIMENTAL MEDICAL PROTOCOLS TO PROTECT PARTICIPANTS.

SECTION VII - PURSUANT TO YOUR DIRECTION IN A LETTER DATED JULY 28, 1999, I AM OMITTING "INVESTMENT" FOR SWORDFISH RECORDS SINCE THERE IS NOTHING TO REPORT FOR THE CURRENT REPORTING PERIOD.

SECTION VII - IN CONNECTION TO MY OIL AND GAS ROYALTIES, I CALL YOUR ATTENTION TO MY LETTER OF SEPTEMBER 18, 2002 WHICH HOPEFULLY EXPLAINS THAT I HAVE OWNED ALL OF THESE INTERESTS FOR OVER THIRTY YEARS. SOME YEARS I RECEIVED INCOME FROM PROPERTIES AND SOME YEARS I DO NOT, BUT I HAVE NEITHER ACQUIRED NOR SOLD ANY OF THESE INTERESTS DURING THE REPORTING PERIOD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date _May 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544